# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NATURAL CHEMISTRY, INC.,**

       **Plaintiff,**

**-vs-**                                                        **Case No. 6:09-cv-743-Orl-31GJK**

**ORENDA TECHNOLOGIES, INC., and RICHARD J. KERSEY,**

       **Defendants.**

_____

**ORENDA TECHNOLOGIES, INC., and RICHARD J. KERSEY,**

       **Counter Claimants,**

**vs.**

**NATURAL CHEMISTRY, INC.,**

       **Counter Defendant.**

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Joint Stipulation and Motion for Dismissal of All Claims with Prejudice (Doc. No. 31), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs. Any pending motions are **DENIED** as moot. However, the Court declines to retain jurisdiction over the settlement agreement. A settlement agreement is a matter of contract between the parties and if a dispute subsequently arises over the performance of same, the parties have legal remedies available to them. This case is removed from the December 2010 trial docket and the Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on September 10, 2009.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party